# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EARLY WARNING SERVICES, LLC,

    Plaintiff,

vs.

WILLIAM GRECIA, an individual,

    Defendant.

Case No. 2:21-cv-01050-JHS

## DECLARATION OF WARREN JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

1. I am currently the Senior Intellectual Property Counsel of Early Warning Services, LLC ("EWS"). I have held this position since September 8, 2014.

2. I submit this declaration in support of EWS' Response to Plaintiff's Motion to Dismiss.

3. The information in this declaration is based upon my personal knowledge and information made available to me while performing my duties at EWS. If called as a witness, I could and would testify competently to the matters discussed below.

4. I became aware of Mr. Grecia's December 23, 2020 demand letter directed to EWS shortly after it was received in late December 2020.

5. EWS has not, directly or through counsel, engaged in settlement discussions with Mr. Grecia regarding the allegations in his December 23, 2020 letter despite his repeated communications to EWS.

6. In my capacity as the Senior Intellectual Property Counsel of EWS, I was personally involved with EWS' retention of outside counsel to assist in addressing Mr. Grecia's allegations.

2

7. EWS did not engage, and has not engaged, the Baker Botts law firm in connection with Mr. Grecia and his patent infringement allegations.

8. EWS has not retained Baker Botts to defend Cullen/Frost Banker, Inc. ("Frost Bank") in the lawsuit Mr. Grecia filed in the Western District of Texas, Case No. 6:21-cv-00016 ("WDTX Case"). Rather, it is my understanding that the Baker Botts firm is Frost Bank's separate counsel.

9. In my capacity as the Senior Intellectual Property Counsel of EWS, I personally was involved with EWS' decision to agree to defend and indemnify Frost Bank with regard to the WDTX Case.

10. EWS did not offer to defend or indemnify Frost Bank in the WDTX Case until February 10, 2021, and EWS did not agree to defend and indemnify Frost Bank until February 22, 2021.

11. I understand that Mr. Grecia has asserted that he had some communications with Frost Bank's counsel at the Baker Botts law firm in January 2021. Neither EWS nor its counsel was involved in any way with those communications.

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on March 29, 2021.

By: _____