IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARLY WARNING SERVICES, LLC | : CIVIL ACTION |
| | : |
| v. | : NO. 21-1050 |
| | : |
| WILLIAM GRECIA | : |

## ORDER

**AND NOW**, this 6th day of April 2021, upon considering Defendant's Motion to dismiss (ECF Doc. No. 4), Plaintiff's Response (ECF Doc. No. 14), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 4) is **DENIED** and he shall answer the Complaint no later than **April 20, 2021**.

_____
**KEARNEY, J.**