# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EARLY WARNING SERVICES, LLC | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 21-1050 |
| WILLIAM GRECIA | : | |

# ORDER

**AND NOW**, this 27th day of May 2021, upon considering Plaintiff's Motion to dismiss Defendant's counterclaim (ECF Doc. No. 34), Defendant's Response (ECF Doc. No. 38), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to dismiss (ECF Doc. No. 34) is **GRANTED** and we **dismiss** the counterclaim without prejudice.

_____
**KEARNEY, J.**